IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SYLVIA LAWSON                                                                                    PLAINTIFF

V.                                            CASE NO. 12-CV-1092

CITY OF CAMDEN, ARKANSAS, *et al*.                                             DEFENDANTS

ORDER

Before the Court is Plaintiff's Motion to Dismiss Against Separate Defendant James Singleton. (ECF No. 22). Plaintiff has settled all claims against Separate Defendant James Singleton in his individual and official capacities, and Plaintiff moves to dismiss Singleton from this case. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims against Separate Defendant James Singleton in his individual and official capacities are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of February, 2013.

                                                                                                                                        /s/ Susan O. Hickey
                                                                                                                                        Susan O. Hickey
                                                                                                                                        United States District Judge