IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SYLVIA LAWSON                                                                                           PLAINTIFF

V.                                               CASE NO. 12-CV-1092

CITY OF CAMDEN, ARKANSAS, *et al*.                                                      DEFENDANTS

ORDER

      Before the Court is Plaintiff's Motion to Dismiss Without Prejudice David Norwood. (ECF No. 38). Plaintiff moves to dismiss from this case Separate Defendant David Norwood in his individual capacity and official capacity. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims against Separate Defendant David Norwood in his individual capacity and official capacity are hereby **DISMISSED WITHOUT PREJUDICE**. Because Separate Defendant David Norwood is dismissed from this case, the Court finds that Norwood's Motion for Summary Judgment (ECF No. 28) should be and hereby is **DENIED AS MOOT**.

      **IT IS SO ORDERED**, this 10th day of September, 2013.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge