IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SYLVIA LAWSON                                                                                                    PLAINTIFF

V.                                         CIVIL NO. 1:12-cv-1092

CITY OF CAMDEN, ARKANSAS;
JOHN PARKER, Individually and
in his Official Capacity as a
Police Officer for the City of
Camden, Arkansas; WILLIAM F.
O'KEEFE, Individually and in his
Official Capacity as Chief of Police,
Camden, Arkansas; JOHN DOES 1-10
in their Individual and Official Capacities
as Jailers of Ouachita County, Arkansas;
DAVID NORWOOD, Individually
and in his Official Capacity as Sheriff of
Ouachita County, Arkansas; and JOHN
DOES 11-20 in their Individual and
Official Capacities as Jailers of
Hempstead County, Arkansas                                                                            DEFENDANTS

**ORDER**

　　　　Before the Court is Defendants' Motion for Summary Judgment.  (ECF No. 30).  Plaintiff has responded.  (ECF No. 35).  Defendants have replied. (ECF No. 41).   Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court that finds Defendants' Motion for Summary Judgment is **GRANTED** as to Plaintiff's section 1983 claims against Officer Parker, Chief O'Keefe, and the City, and these claims are **DISMISSED WITH PREJUDICE**.  As to the state law claims, the Court declines to exercise supplemental jurisdiction, and these claims are **DISMISSED WITHOUT PREJUDICE**.

　　　　**IT IS SO ORDERED**, this 3rd day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge